RECEIVED
MAY 1 1 2011
AT 8:30
WILLIAM T. WALSH
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC and JOHN DOE ENTITY,<br><br>Defendants. | Civil Action No. 08-cv-03773 (JAP)(TJB)<br>Civil Action No. 08-cv-05328 (JAP)(TJB)<br>Civil Action No. 08-cv-05997 (JAP)(TJB) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC., and INTAS PHARMACEUTICAL LTD.,<br><br>Defendants. | Civil Action No. 08-cv-04804 (JAP)(TJB)<br>Civil Action No. 09-cv-00619 (JAP)(TJB) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BIOVAIL LABORATORIES INTERNATIONAL SRL, BIOVAIL CORPORATION and BTA PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 09-cv-00128 (JAP)(TJB) |

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>                   Plaintiffs,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC.<br><br>                   Defendant. | Civil Action No. 10-cv-1835 (JAP)(TJB) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>                   Plaintiffs,<br><br>v.<br><br>OSMOTICA PHARMACEUTICAL CORPORATION,<br><br>                   Defendant. | Civil Action No. 10-cv-4203 (JAP)(TJB) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>                   Plaintiffs,<br><br>v.<br><br>TORRENT PHARMACEUTICALS LIMITED and TORRENT PHARMA INC.,<br><br>                   Defendants. | Civil Action No. 10-cv-4205 (JAP)(TJB)<br>Civil Action No. 10-cv-4971 (JAP)(TJB) |

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>Defendants. | Civil Action No. 10-cv-5519 (JAP)(TJB) |

### [PROPOSED] ORDER

*as well as the Modifications suggested by Archer (10-1835)*

This matter having been opened to the Court on joint application of all parties, for entry of an Order on Stipulation (i) allowing the parties to amend the previously submitted Discovery Confidentiality Orders in each of the above referenced actions, and (ii) modifying certain confidentiality restrictions imposed by those Orders, respectively, and the Court having considered the application, it is hereby ORDERED that ¶ 3(a) of the Discovery Confidentiality Order entered in each of the above referenced actions is hereby modified by adding sub-paragraph (6) as follows:

(6) outside counsel of record for any party in any of the above-captioned actions and any outside expert witness who has, in connection with any of these actions, executed a Confidentiality Declaration, under any such Discovery Confidentiality Order. For avoidance of doubt, any information produced by, and any discovery taken from, any party in any of these actions may be disclosed to any such outside counsel or expert of any other party in any of these actions and used against any such other party in accordance with the Federal Rules of Evidence.

And now this __10__ day of ~~April~~ May, 2011 it is ORDERED that the above paragraph 3(a)(6) be entered. All other provisions of the Discovery Confidentiality Orders not superseded shall remain in full force and effect.

                                                                    Tonianne J. Bongiovanni, U.S.M.J.