| | |
|---|---|
| John E. Flaherty<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07109<br>(973) 622-4444 | <u>Of Counsel</u><br>Henry J. Renk<br>Bruce C. Haas<br>Steven C. Kline<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 218-2100<br><br>Charles E. Lipsey<br>Mark J. Feldstein<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, Virginia 20190<br>(571) 203-2700 |
| **Attorneys For Plaintiffs**<br>AstraZeneca Pharmaceuticals LP and<br>AstraZeneca UK Limited | |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and<br>ASTRAZENECA UK LIMITED,<br><br>                              Plaintiffs,<br><br>v.<br><br>MYLAN PHARMCEUTICALS INC. and MYLAN INC.,<br><br>                              Defendants. | Civil Action No. 10-cv-5519 (JAP)(TJB) |

### PLAINTIFFS' MOTION TO COMPEL THE MYLAN
### DEFENDANTS TO PRODUCE RULE 30(b)(6) WITNESS(ES)

PLEASE TAKE NOTICE that Plaintiffs AstraZeneca Pharmaceuticals LP and

AstraZeneca UK Limited ("AstraZeneca") will move before this Court at the Clarkson S. Fisher

Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608, on June 20, 2011 at 9

a.m., before Magistrate Judge Tonianne J. Bongiovanni, for entry of an Order compelling defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan") to produce 30(b)(6) deposition witness(es) to testify on topics relevant to AstraZeneca's claims and Mylan's defenses in the above-captioned litigations.

PLEASE TAKE FURTHER NOTICE that in support of their motion, Plaintiffs shall rely upon the accompanying Memorandum of Law, and all papers and proceedings on file herein. A proposed Order granting Plaintiffs' motion is attached.

Respectfully submitted,

Dated: May 27, 2011

By: /s/ John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 (Facsimile)

Of Counsel
Henry J. Renk
Bruce C. Haas
Steven C. Kline
FITZPATRICK, CELLA,
  HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
(212) 218-2200 (Facsimile)

Charles E. Lipsey
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (Facsimile)

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP and*
*AstraZeneca UK Limited*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE RULE 30(b)(6) WITNESS(ES) FOR DEPOSITION; MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION; EXHIBITS 1-12 ATTACHED THERETO; and PLAINTIFFS' PROPOSED ORDER** were caused to be served this 27th day of May, 2011 upon the following in the manner provided:

**Via ECF and Email**

William A. Rakoczy
Amy D. Brody
Jeffrey A. Marx
Luke T. Shannon
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard St., Suite 500
Chicago, IL 60654

Arnold B. Calmann
Geri Albin
Saiber
18 Columbia Turnpike
Suite 200
Florham Park, NJ  07932

/s/ John E. Flaherty

FCHS_WS 6532008v1.doc